IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 3:25-cr-0059** |
| | ) | |
| CARLOS CRUZ RESTO, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge entered on April 8, 2026, ECF No. 47, recommending that the Defendant's plea of guilty to Count Two of the Indictment, Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 47, is **ADOPTED;** it is further

**ORDERED** that Defendant Carlos Cruz Resto's plea of guilty as to Count Two of the Indictment is **ACCEPTED**, and that Carlos Cruz Resto is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties **no later than June 5, 2026;** it is further

*United States v. Resto*
Case No. 3:25-cr-0059
Order
Page **2** of **2**

      **ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office **no later than June 22, 2026;** it is further

      **ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court **no later than July 10, 2026;** it is further

      **ORDERED** that the parties shall file their sentencing memoranda **no later than July 31, 2026**; and it is further

      **ORDERED** that a sentencing hearing shall be held on **August 14, 2026, at 10:30 A.M.** in St. Thomas Courtroom No. 1 before Chief Judge Robert A. Molloy.

**Dated:** April 30, 2026                                */s/ Robert A. Molloy*
                                                     **ROBERT A. MOLLOY**
                                                   **Chief Judge**